# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
July 1, 2026

Lyle W. Cayce
Clerk

No. 25-10900
Summary Calendar

───────────────

United States of America,

*Plaintiff—Appellee*,

*versus*

Orvis Wayne Porter,

*Defendant—Appellant*.

───────────────────────────

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:23-CR-336-1

───────────────────────────

Before Smith, Higginson, and Wilson, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Orvis Porter has moved to withdraw and has filed a brief and a supplemental brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Porter has not filed a response.

We have reviewed counsel's briefs and relevant portions of the record.

───────────────────────

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-10900

We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review. Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.